1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10   STEVEN DANIEL FORCE,                    )       CASE NO. SA CV 10-01316 CJC (RZ)
                                             )
11                        Petitioner,        )
                                             )       ORDER TO SHOW CAUSE RE
12        vs.                                )       SANCTIONS
                                             )
13   STEPHEN MAYBERG,                        )
                                             )
14                        Respondent.        )
     _____)

15

16          By Order Requiring Response to Petition filed September 3, 2010,

17   Respondent also was ordered to file a Motion to Dismiss within 30 days or an Answer

18   within 45 days.  The docket sheet shows that, as late as the date of this Order, Respondent

19   has not filed his Motion to Dismiss or Answer.  Respondent has failed to comply with the

20   Court's order.

21          Accordingly, IT IS ORDERED that within 20 days, Respondent shall show

22   cause in writing why he should not be sanctioned including but not limited to an order that

23   he pay monetary sanctions for his failure to comply with the Court's orders.  The filing

24   of a Motion to Dismiss or Answer within 20 days, shall discharge the order to show cause.

25          DATED:  January 26, 2011

26

27                                           _____
                                             RALPH ZAREFSKY
28                                           UNITED STATES MAGISTRATE JUDGE