# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SA CV 10-1316 CJC (RZ) | Date | April 25, 2011 |
|---|---|---|---|
| Title | STEVEN DANIEL FORCE v. STEPHEN MAYBERG | | |

Present: The Honorable **RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Petitioner: | Attorney Present for Respondent: |
| N/A | N/A |

**Proceedings:** In Chambers –
**ORDER TO SHOW CAUSE**

On March 22, 2011, noting that Petitioner had filed a First Amended Petition, the Court denied without prejudice, as technically moot, Respondent's motion to dismiss targeting the *initial* petition. Federal Rule of Civil Procedure 12(a)(4) gave Respondent 14 days after that denial to file a responsive pleading. That deadline passed weeks ago.

Accordingly, IT IS ORDERED that Respondent shall show cause in writing, within 10 days, why he should not be subject to sanctions. The filing of an appropriate responsive pleading within the same 10-day period shall prompt the Court to discharge this show-cause Order.

IT IS SO ORDERED.

: 
Initials of Preparer igb