**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DANIEL FORCE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>STEPHEN MAYBERG, ETC.,<br><br>　　　　Respondent. | CASE NO. SA CV 10-01316 CJC (RZ)<br><br>JUDGMENT |

　　　This matter came before the Court on the Petition of STEVEN DANIEL FORCE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 19, 2011

　　　　　　　　　　　　　　　　　　／s／ Cormac J. Carney
　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE